United States District Court
for the
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GARRETT WILDEY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NOBLE COUNTY SHERIFF and )<br>OFFICER CLECKNER, )<br>)<br>    Defendants. ) | CAUSE NO. |

# SUMMONS IN A CIVIL ACTION

TO:   Noble County Sheriff
210 S. 7th Street
Albion, IN 46701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Christopher C. Myers, Esq.
   Ilene M. Smith, Esq.
   **CHRISTOPHER C. MYERS & ASSOCIATES**
   809 South Calhoun Street, Suite 400
   Fort Wayne, IN 46802-2307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Robert N. Trgovich
*CLERK OF COURT*


Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)*
_____ on
*(date)* _____; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion
who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)*_____, who is
designated by law to accept service of process on behalf of *(name of
organization)*_____ on *(date)*
_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other *(specify)*:

I served the summons on *(name of individual)*_____ by Certified
Mail, Return Receipt Requested, which was mailed on *(date)* _____.  The Return
Receipt was returned to me on *(date)* _____ indicating that it was delivered.

My fees are $_____ for travel and $_____ for services, for a total of $_____;

I declare under penalty of perjury that this information is true.


Date:  _____       _____
                                         *Server's signature*


                                         _____
                                         *Printed name and title*